JS-6

FILED
CLERK, U.S. DISTRICT COURT
2/26/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY LOU DANIEL,<br><br>        Petitioner,<br><br>   v.<br><br>JANEL ESPINOZA, Warden,<br><br>        Respondent. | Case No. 5:18-cv-00771-DMG-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: February 25, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE